

# MERCATOR HEALTH ADVISORS
Mitchell D. Monsour, FACHE

**Northwest Health System**
**Mercator Health Advisors**
**February 2009 through January 2010**
**Invoice # 17**

Northwest / Mercator Consultative Incentive Bonus

| | |
|---|---:|
| See February 6, 2009 Memorandum of Understanding | |
| See Schmieding Senior Health – Springdale FY 2009 Financials | $80,200 |
| See Schmieding Senior Health – Bentonville FY 2009 Financials | |
| See Physical Therapy Statement | $11,750 |
| Total | $91,950 |

Note: Prospective Acute Dialysis Operational Services not included in above
Relevant Expenses not included in above

**Total Due    $91,950**

Thank You,

Mitchell D. Monsour, FACHE

Please Remit To:

Mercator Health Advisors
P.O. Box 16171
Jackson, Mississippi 39236

Federal I.D. # 64-0909994



EXHIBIT 3

P.O. Box 16171 • Jackson, MS 39236 • Office: 601-366-3384 • Fax: 601-982-5488 • Cell: 601-955-6027
"Charting Your Course For Success."