**MERCATOR HEALTH ADVISORS**

Mitchell D. Monsour, FACHE

Northwest Health System
Mercator Health Advisors
February 2010
Invoice # 18

| | |
|---|---|
| Contract Agreement | $40,000.00 |
| **Total Due** | **$40,000.00** |

Thank You,

Mitchell D. Monsour, FACHE

Please Remit To:

Mercator Health Advisors
P.O. Box 16171
Jackson, Mississippi 39236

Federal I.D. # 64-0909994



P.O. Box 16171 • Jackson, MS 39236 • Office: 601-366-3384 • Fax: 601-982-5488 • Cell: 601-955-6027

*"Charting Your Course For Success."*



# MERCATOR HEALTH ADVISORS

Mitchell D. Monsour, FACHE

**Northwest Health System**
**Mercator Health Advisors**
**March 2010**
**Invoice # 19**

| | |
|---|---|
| Contract Agreement | $10,000.00 |
| Monthly Expenses | $   500.00 |
| **Total Due** | **$10,500.00** |

Thank You,

Mitchell D. Monsour, FACHE

Please Remit To:

Mercator Health Advisors
P.O. Box 16171
Jackson, Mississippi 39236

Federal I.D. # 64-0909994



# MERCATOR HEALTH ADVISORS

Mitchell D. Monsour, FACHE

Northwest Health System
Mercator Health Advisors
April 2010
Invoice # 20

| | |
|---|---|
| Contract Agreement | $10,000.00 |
| Monthly Expenses | $   500.00 |
| **Total Due** | **$10,500.00** |

Thank You,

Mitchell D. Monsour, FACHE

Please Remit To:

Mercator Health Advisors
P.O. Box 16171
Jackson, Mississippi 39236

Federal I.D. # 64-0909994



# MERCATOR HEALTH ADVISORS

Mitchell D. Monsour, FACHE

**Northwest Health System**
**Mercator Health Advisors**
**May 2010**
**Invoice # 21**

| | |
|---|---|
| Contract Agreement | $10,000.00 |
| Monthly Expenses | $    500.00 |
| **Total Due** | **$10,500.00** |

Thank You,

Mitchell D. Monsour, FACHE

Please Remit To:

Mercator Health Advisors
P.O. Box 16171
Jackson, Mississippi 39236

Federal I.D. # 64-0909994



# MERCATOR HEALTH ADVISORS

Mitchell D. Monsour, FACHE

**Northwest Health System**
**Mercator Health Advisors**
**June 2010**
**Invoice # 22**

| | |
|---|---|
| Contract Agreement | $10,000.00 |
| Monthly Expenses | $    500.00 |
| **Total Due** | **$10,500.00** |

Thank You,

Mitchell D. Monsour, FACHE

Please Remit To:

Mercator Health Advisors
P.O. Box 16171
Jackson, Mississippi 39236

Federal I.D. # 64-0909994



# MERCATOR HEALTH ADVISORS

Mitchell D. Monsour, FACHE

**Northwest Health System**
**Mercator Health Advisors**
**July 2010**
**Invoice # 23**

| | |
|---|---|
| Contract Agreement | $10,000.00 |
| Monthly Expenses | $    500.00 |
| **Total Due** | **$10,500.00** |

Thank You,

Mitchell D. Monsour, FACHE

Please Remit To:

Mercator Health Advisors
P.O. Box 16171
Jackson, Mississippi 39236

Federal I.D. # 64-0909994