IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


**MERCATOR HEALTH ADVISORS**
**and MITCHELL D. MONSOUR**                                                                 **PLAINTIFFS**

**VS.**                                                                  **CIVIL ACTION NO. : 3:13CV-28CWR-FKB**

**NORTHWEST ARKANSAS HOSPITALS, LLC**                                          **DEFENDANT**

---

SATISFACTION OF JUDGMENT

Plaintiffs certify that the judgment in this action against Defendant, Northwest Arkansas Hospitals, LLC, has been satisfied.

This the 3rd day of June, 2015.

                           Respectfully Submitted,

                           MERCATOR HEALTH ADVISORS
                           and MITCHELL D. MONSOUR

                           By Their Attorney,

                           <u>/s/ Philip W. Thomas</u>
                           PHILIP W. THOMAS
                           MSB No. 9667


PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, MS 39225-4464
(601) 714-5660
pthomas@thomasattorney.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Donald Alan Windham, Jr.
BALCH & BINGHAM, LLP
188 East Capitol Street
Suite 1400
Jackson, Mississippi 39201
awindham@balch.com

This the 3rd day of June, 2015.

/s/ Philip W. Thomas
PHILIP W. THOMAS